# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE THORNTON

NO. 2023 KW 0456

**AUGUST 14, 2023**

---

In Re:     Willie Thornton, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 11-15-0180.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT GRANTED.** The trial court is ordered to act on relator's application for postconviction relief, filed July 28, 2022, on or before September 11, 2023, if it has not already done so. A copy of the trial court's action shall be filed in this court on or before September 18, 2023.

                **PMc**
                **CHH**
                **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT